## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Hao To <br>         <u>Debtor</u> <br><br> PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee <br>         <u>Movant</u> <br> vs. <br><br> Hao To <br>         <u>Debtor</u> <br><br> Le M. Troung     <u>Co-Debtor</u> <br><br> William C. Miller Esq. <br>         <u>Trustee</u> | CHAPTER 13 <br><br><br><br><br> NO. 15-15772 AMC |

### MOTION FOR EXTENSION OF TIME TO FILE STIPULATION

Movant, through their attorney, KML Law Group, P.C., hereby requests an extension due to the reasons as stated below;

1. The Deadline to file the Stipulation is currently scheduled for February 23, 2018.
2. The parties are attempting to settle on the terms and will require additional time before the pleading can be filed.
3. Both Movant and Respondent concur to this request.

WHEREFORE, Movant requests that the filing deadline be extended to March 9, 2018.

February 23, 2018

                                                        **/s/ Rebecca A. Solarz, Esquire**
                                                        Rebecca A. Solarz, Esquire
                                                        KML Law Group, P.C.
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA 19106-1532
                                                        (215) 627-1322  FAX (215) 627-7734
                                                        Attorney for Movant/Applicant

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Hao To <br> <u>Debtor</u> <br><br> PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee <br> <u>Movant</u> <br> vs. <br><br> Hao To <br> <u>Debtor</u> <br><br> Le M. Troung   <u>Co-Debtor</u> <br><br> William C. Miller Esq. <br> <u>Trustee</u> | CHAPTER 13 <br> BK NO: 15-15772 AMC |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to .

By the court:

Dated:

United States Bankruptcy Judge