# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Hao To <u>Debtor</u> | CHAPTER 13 <br> BK NO: 15-15772 AMC |
| PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee <u>Movant</u> <br> vs. | |
| Hao To <u>Debtor</u> | |
| Le M. Troung    <u>Co-Debtor</u> | |
| William C. Miller Esq. <u>Trustee</u> | |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to .

By the court:

Dated:

_____
United States Bankruptcy Judge