## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Hao To <br> <u>Debtor</u> <br><br> PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee <br> <u>Movant</u> <br> vs. <br><br> Hao To <br> <u>Debtor</u> <br><br> Le M. Troung        <u>Co-Debtor</u> <br><br> William C. Miller Esq. <br> <u>Trustee</u> | CHAPTER 13 <br> BK NO: 15-15772 AMC |

### ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to March 9, 2018.

Dated: **February 28, 2018**

By the court:

_____
United States Bankruptcy Judge