United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Hao To  
        Debtor

Case No. 15-15772-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR      Page 1 of 1      Date Rcvd: Feb 28, 2018  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2018.  
db        +Hao To,   363 E Broad Street,   Malvern, PA 19355-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2018 at the address(es) listed below:  
          BRIAN CRAIG NICHOLAS   on behalf of Creditor   PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
          DAVID M. OFFEN   on behalf of Debtor Hao  To dmo160west@gmail.com, davidoffenecf@gmail.com  
          HEATHER BURNS POZNIAK   on behalf of Creditor   The Borough of Malvern hbpozniak@lentzlaw.com  
          REBECCA ANN SOLARZ   on behalf of Creditor   PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                       TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Hao To <br> <u>Debtor</u> <br><br> PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee <br> <u>Movant</u> <br> vs. <br><br> Hao To <br> <u>Debtor</u> <br><br> Le M. Troung    <u>Co-Debtor</u> <br><br> William C. Miller Esq. <br> <u>Trustee</u> | CHAPTER 13 <br> BK NO: 15-15772 AMC |

**ORDER GRANTING EXTENSION**

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to March 9, 2018.

Dated: **February 28, 2018**

By the court:

_____
United States Bankruptcy Judge