United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-15772-amc
Hao To                                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 1          Date Rcvd: Mar 14, 2019
                          Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
13825430          +Fay Servicing, LLC,   Bankruptcy Department,   3000 Kellway Dr.,   ste 150,    Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2019 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
      DAVID M. OFFEN    on behalf of Debtor Hao  To dmo160west@gmail.com,    davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      HEATHER BURNS POZNIAK    on behalf of Creditor    The Borough of Malvern hbpozniak@lentzlaw.com
      REBECCA ANN SOLARZ    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                       TOTAL: 6

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-15772-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Hao To
363 E Broad Street
Malvern PA 19355

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/12/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 6: Fay Servicing, LLC, Bankruptcy Department, 3000 Kellway Dr., ste 150, Carrolton, TX 75006 | Wilmington Savings Fund Society<br>Fay Servicing, LLC<br>3000 Kellway Dr. Ste 150<br>Carrollton, TX 75006 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/16/19

Tim McGrath
**CLERK OF THE COURT**