United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 15-15772-elf
Hao To Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Feb 17, 2021      Form ID: 138NEW      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hao To, 363 E Broad Street, Malvern, PA 19355-2505 |
| cr | + | Fay Servicing, LLC, Bankruptcy Department, 939 W. North Avenue Suite 680, Chicago, IL 60642-7138 |
| cr | + | Federal National Mortgage Association, c/o Rosicki, Rosicki & Associates, P.C., 51 E. Bethpage Road, Plainview, NY 11803-4224 |
| cr | + | The Borough of Malvern, 1 East First Avenue, Malvern, PA 19355-2757 |
| cr | + | Wilmington Savings Fund Society, RAS Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Wilmington Savings Fund Society, FSB d/b/a Christi, c/o Fay Servicing, LLC, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006-3357 |
| 13632950 | | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13579612 | + | Amex, PO Box 1270, Newark, NJ 07101-1270 |
| 13579613 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 13589190 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13579616 | + | Federal Natinal Mortgage Assoc, 3900 Wisconsin Avenue NW, Washington, DC 20016-2806 |
| 13635758 | + | Jefferson University Hospital, Thomas Jefferson Univ. Hospital, PO Box 8500-3100, Philadelphia, PA 19178-0001 |
| 13579618 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, 14523 Sw Millikan Way St, Beaverton, OR 97005 |
| 13673372 | + | THE BOROUGH OF MALVERN, c/o Heather Burns Pozniak, Esquire, Lentz, Cantor & Massey, Ltd., 460 E. King Road, Malvern, PA 19355-3049 |
| 14328052 | + | U.S. Bank Trust National Association, SN Servicing Corp, 323 5th St., Eureka, CA 95501-0305 |
| 14286441 | + | Wilmington Savings Fund Society, Fay Servicing, LLC, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006-3357 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 18 2021 04:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 18 2021 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 18 2021 04:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bknotices@snsc.com | Feb 18 2021 04:03:00 | U.S. BANK TRUST NATIONAL ASSOCIATION ET. AL., c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 13584379 | | Email/Text: mrdiscen@discover.com | Feb 18 2021 04:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13579615 | + | Email/Text: mrdiscen@discover.com | Feb 18 2021 04:00:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: 138NEW | Total Noticed: 24 |

| 13579617 | + Email/Text: Diane@mvrlaw.com | | |
|---|---|---|---|
| | | Feb 18 2021 04:01:00 | Martha E Von Resenstiel, PC, 649 South Avenue Suite 7, Secane, PA 19018-3541 |
| 13579619 | Email/Text: bankruptcy@td.com | | |
| | | Feb 18 2021 04:02:00 | Td Bank N.A., 32 Chestnut St, Lewiston, ME 04240 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13579614 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| cr | ##+ | Fay Servicing, LLC, 3000 Kellway Dr,Ste 150, Carrollton, TX 75006-3357 |
| 13825430 | ##+ | Fay Servicing, LLC, Bankruptcy Department, 3000 Kellway Dr., ste 150, Carrolton, TX 75006-3357 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

**Name**    **Email Address**

BRIAN CRAIG NICHOLAS
 on behalf of Creditor PROF-2013-S3 Legal Title Trust II  by U.S. Bank National Association, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DAVID M. OFFEN
 on behalf of Debtor Hao To dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

HEATHER BURNS POZNIAK
 on behalf of Creditor The Borough of Malvern hbpozniak@lentzlaw.com

REBECCA ANN SOLARZ
 on behalf of Creditor PROF-2013-S3 Legal Title Trust II  by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
 ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Hao To
      Debtor(s)                                    Bankruptcy No: 15−15772−elf
                                                       Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 2/17/21

                                        57 − 56
                                  Form 138_new