Certificate Number: 12433-PAE-DE-035410911

Bankruptcy Case Number: 15-15772



12433-PAE-DE-035410911

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 1, 2021</u>, at <u>12:10</u> o'clock <u>AM EST</u>, <u>Vincent Hao To</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 1, 2021</u>           By:    <u>/s/Lisa Susoev</u>

                                    Name:  <u>Lisa Susoev</u>

                                    Title: <u>Teacher</u>